■ JUDY A. VELLETRI, Respondent, v ANDREW J. VELLETRI, Appellant.—Appeal (transferred to this court by order of the Appellate Division, Second Department) from an order of the Supreme Court (Beisner, J.), entered October 16, 1989 in Dutchess County, which denied defendant's motion to enjoin the sale of the parties' real property and to require plaintiff to place the proceeds of the sale in escrow.

Order affirmed, without costs, upon the opinion of Justice Ralph A. Beisner. Kane, J. P., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.